Order entered November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01359-CV

### CITY OF MCKINNEY, Appellant

### V.

### HANK'S RESTAURANT GROUP, L.P., Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03124-2012**

## ORDER

The Court has before it appellee's November 26, 2012 unopposed motion for extension

of time to file brief of appellee. The Court **GRANTS** the motion and **ORDERS** appellee to file

its brief by November 29, 2012.

MOLLY FRANCIS
JUSTICE